THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD GRAHAM, Appellant, v KEVIN E. WALSH, Sheriff, County of Onondaga, Respondent.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PEREZ, Appellant, v M. HOURIHANE, Respondent.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.